# United States Bankruptcy Court

41
FOR THE
District of Maryland/Northern Division

IN RE:  MAA SHEPSU NUIRIANKH
1121 ANNAPOLIS ROAD, #266
ODENTON, MD  21113-0000

CASE No: 04-3-1945-JS

JUDGE: James F. Schneider

## FINAL REPORT AND ACCOUNT

This Case was commenced on  09/24/2004

The Plan was confirmed on  03/13/2006

The Case was concluded on  04/25/2006

Dismissed after Confirmation

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records are available upon request and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.                                   $9,521.00

| Disbursements to Creditors<br>Creditor's name | Claim Number: | Classification | Amount Allowed | Amount Paid Principal | Amount Paid Interest | Balance Due |
|---|---|---|---|---|---|---|
| ASSET MANAGEMENT | 0001 | Unsecured | $3,635.15 | $0.00 | $0.00 | $3,635.15 |
| INTERNAL REVENUE SERVICE<br>TAXES 2000/AMND #2 | 0002 | Secured | $2,774.02 | $461.28 | $275.48 | $2,312.74 |
| INTERNAL REVENUE SERVICE<br>TAXES 01 & 03/AMND #2 | 0003 | Priority | $12,492.13 | $3,018.12 | $0.00 | $9,474.01 |
| INTERNAL REVENUE SERVICE<br>TAXES 98-00/AMND #2 | 0004 | Unsecured | $15,594.56 | $0.00 | $0.00 | $15,594.56 |
| HOUSEHOLD BANK | 0005 | Unsecured | $383.14 | $0.00 | $0.00 | $383.14 |
| BANK OF AMERICA<br>NO ARREARS | 0006 | Secured | $31,383.24 | $0.00 | $0.00 | Direct Pay |
| HOUSEHOLD BANK | 0007 | Unsecured | $441.53 | $0.00 | $0.00 | $441.53 |
| CENSUS FEDERAL CREDIT UNION<br>NO ARREARS | 0008 | Secured | $4,494.78 | $0.00 | $0.00 | Direct Pay |
| CENSUS FEDERAL CREDIT UNION<br>NO ARREARS | 0009 | Secured | $14,947.07 | $0.00 | $0.00 | Direct Pay |
| CAPITAL ONE FINANCIAL | 0010 | Unsecured | $810.13 | $0.00 | $0.00 | $810.13 |
| CAPITAL ONE FINANCIAL | 0011 | Unsecured | $304.34 | $0.00 | $0.00 | $304.34 |
| CAPITAL ONE FINANCIAL | 0012 | Unsecured | $364.12 | $0.00 | $0.00 | $364.12 |
| ECAST SETTLEMENT CORPORATION<br>BEST BUY/TSF 3-05 | 0013 | Unsecured | $1,913.70 | $0.00 | $0.00 | $1,913.70 |
| DELL FINANCIAL<br>unschd secured outside | 014 | Secured | $1,404.27 | $0.00 | $0.00 | CLOSED |
| SHERMAN ACQUISITION/RESURGENT | 015 | Unsecured | $4,938.21 | $0.00 | $0.00 | $4,938.21 |
| AMERICAS SERVICING COMPANY | 016 | Secured | $11,792.84 | $2,849.17 | $0.00 | $8,943.67 |
| COMPTROLLER OF TREASURY | 017 | Priority | $1,692.00 | $408.79 | $0.00 | $1,283.21 |

# United States Bankruptcy Court

41

FOR THE

District of Maryland/Northern Division

IN RE: MAA SHEPSU NUIRIANKH
1121 ANNAPOLIS ROAD, #266
ODENTON, MD  21113-0000

CASE No: 04-3-1945-JS

JUDGE: James F. Schneider

## FINAL REPORT AND ACCOUNT

This Case was commenced on   09/24/2004

The Plan was confirmed on   03/13/2006

The Case was concluded on   04/25/2006

Dismissed after Confirmation

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records are available upon request and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $9,521.00

| Disbursements to Creditors Creditor's name | Claim Number | Classification | Amount Allowed | Amount Paid Principal | Amount Paid Interest | Balance Due |
|---|---|---|---|---|---|---|
| MAA SHEPSU NUIRIANKH | 999 | Debtor Refund | $2,100.00 | $2,100.00 | $0.00 | $0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | ADMIN/ATTY | SPECIAL | TOTAL | TOTAL PAID PRINCIPAL AND INTEREST |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | $15,971.13 | $14,184.13 | $28,384.88 | $0.00 | $2,100.00 | $60,640.14 | |
| PRINCIPAL PAID | $3,310.45 | $3,426.91 | $0.00 | $0.00 | $2,100.00 | $8,837.36 | |
| INTEREST PAID | $275.48 | $0.00 | $0.00 | $0.00 | $0.00 | $275.48 | $9,112.84 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| JAMES D GREEN ESQUIRE | $0.00 | $0.00 |
| 210 CRAIN HIGHWAY, N W, ,  GLEN BRUNIE, MD  21061-3005 | | |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | 25¢ EACH CLAIM OVER 10 | TRUSTEE FEES | OTHER COST | |
|---|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $408.16 | $0.00 | $408.16 |

WHEREFORE, the Trustee requests that an order be entered discharging her as Trustee and releasing her and the Trustee's surety from any and all liability on account of this proceeding, and closing the estate, and for such other and further relief as is just.

DATED:  09/22/2006

/s/ ELLEN W. COSBY

Ellen W. Cosby, Trustee